IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

| Reineri Andreu Ortega, | ) | Case No. 4:25-cv-496 |
|---|---|---|
| | ) | |
| Plaintiff, v. | ) | AFFIDAVIT OF REINERI ANDREU |
| | ) | ORTEGA |
| NATIONAL COLLEGIATE | ) | |
| ATHLETIC ASSOCIATION, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

| STATE OF IOWA | ) | |
|---|---|---|
| | ) ss. | |
| COUNTY OF STORY | ) | |

I, REINERI ANDREU ORTEGA, hereby declare as follows:

1. I am Reineri Andreu Ortega, the Plaintiff in these proceedings and prepared this affidavit with the assistance of a translator.

2. I have personal knowledge of the facts stated in this affidavit, am over 18 years of age, have capacity to execute this affidavit, and understand that this affidavit is to be used for all lawful purposes in the above-captioned civil action.

3. I have been, and continue to be, a resident of Story County, Iowa.

4. The NCAA does business in Story County, Iowa.

5. I grew up in Cuba where I attended and graduated from secondary school.

Exhibit 4
Page 1 of 3

6. Upon graduation, I began taking courses at Manuel Fajardo, a public institution of higher education located in Havana, Cuba.

7. While taking courses at Manuel Fajardo from fall of 2016 through spring of 2019, I did not participate in any collegiate athletics because the institution does not offer any sports programs, including wrestling.

8. I began training and wrestling for the Cuban National Team in 2017 with no affiliation to any college or university.

9. I arrived in the United States in December of 2022 as a refugee.

10. I enrolled at Iowa State University for the spring semester with the hopes of wrestling for the Iowa State team—a Division I member of the NCAA.

11. To the best of my knowledge, educational institutions in Cuba do not offer intercollegiate athletics.

12. I have already missed a wrestling meet with the University of Iowa on November 30, 2025 and the Cliff Keen Las Vegas Invitational on December 5, 2025.

13. My next opportunity to wrestle is the Nashville collegiate dual on December 21, 2025.

I certify under the penalty of perjury and pursuant to the laws of the State of Iowa that the preceding is true and correct.

*/signature/*
REINERI ORTEGA

12-11-2025
Date

Exhibit 4
Page 2 of 3

This record was acknowledged before me this \_\_11\_\_ day of December, 2025.

CAIDEN R COLLINS
Notarial Seal - Iowa
Commission Number 867239
My Commission Expires Sep 2, 2028

_____
Signature of Notary Public

Exhibit 4
Page 3 of 3