IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF IOWA

| Reineri Andreu Ortega, | ) | Case No. 4:25-cv-496 |
|---|---|---|
| Plaintiff, v. | ) ) ) | AFFIDAVIT OF KEVIN DRESSER |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) ) ) ) ) | |
| Defendant. | ) ) ) ) ) | |

| STATE OF IOWA | ) | |
|---|---|---|
| | ) ss. | |
| COUNTY OF STORY | ) | |

I, KEVIN DRESSER, hereby declare as follows:

1. I am Kevin Dresser, the Head Coach of Wrestling at Iowa State University.

2. I have been a wrestling head coach for 19 years and the head coach at Iowa State University for 9 years.

3. I have personal knowledge of the facts stated in this affidavit, am over 18 years of age, have capacity to execute this affidavit, and understand that this affidavit is to be used for all lawful purposes in the above-captioned civil action.

4. Iowa State accepted the application of Reinari Andreu Ortega to attend the university, intending for him to wrestle on the Iowa State Wrestling team.

Exhibit 5
Page 1 of 3

5.  Iowa State has approved 1 million dollars of its revenue sharing NIL funds from the NCAA for its wrestling team.

6.  I am familiar with the national collegiate wrestling market and the economic opportunities that currently exist for college athletes.

7.  If allowed to compete, Ortega has the opportunity to earn a substantial portion of that allocated million dollars.

8.  If allowed to compete, Ortega also has the opportunity get substantial sponsorships from third-parties.

9.  If allowed to compete, Ortega would also qualify for substantial scholarships from Iowa State University.

10. Ortega has already missed a wrestling meet with the University of Iowa on November 30, 2025 and the Cliff Keen Las Vegas Invitational on December 5, 2025.

11. His next opportunity to wrestle is the Nashville collegiate dual on December 21, 2025.

12. The Big 12 wrestling schedule begins on approximately January 2, 2026.

13. The Big 12 wrestling conference is Ortega's best opportunity to gain exposure and secure NIL opportunities and compensation.

I certify under the penalty of perjury and pursuant to the laws of the State of Iowa that the preceding is true and correct.

_____
KEVIN DRESSER

ERIN WILSON
Commission Number 799319
My Commission Expires
September 21, 2025

_____

Exhibit 5
Page 2 of 3

Date

This record was acknowledged before me this ___11___ day of __December__, 2025.




_Erin Wilson_

Signature of Notary Public

Exhibit 5
Page 3 of 3