IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| REINERI ANDREU ORTEGA,<br><br>      Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>      Defendant. | Case No: 4:25-cv-00496-RGE-SBJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i).** |

Plaintiff Reineri Andreu Ortega hereby provides his Notice of Voluntary Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 1, 2026

Respectfully submitted,

*/s/ J. D. Hartung*
J. D. Hartung, AT0003359
HARTUNG SCHROEDER, LLP
303 Locust Street, Suite 300
Des Moines, Iowa 50309
Telephone: 515-282-7800
Facsimile: 515-282-8700
Email: hartung@hartungschroeder.com

Dated: May 1, 2026

/s/ Michael A. Dee
Michael A. Dee, AT0002043
Dakota J. Farquhar, AT0015734
BROWN, WINICK, GRAVES, GROSS AND
BASKERVILLE, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, Iowa 50309-2510
Telephone: 515-242-2475
Facsimile: 515-323-8575
Email: michael.dee@brownwinick.com
Email: dakota.farquhar@brownwinick.com

ATTORNEYS FOR PLAINTIFF

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 1, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will serve all counsel of record.

/s/ Helen Mollenbeck
Helen Mollenbeck, Legal Assistant